AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | | |
|---|---|---|
| ALEJANDRO HERMÓGENES FLORES FRANCO<br>(see attachment for additional plaintiffs)<br>*Plaintiff(s)*<br>v.<br>United States of America<br>*Defendant(s)* | ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
United States of America
c/o U.S. Attorney for the Western District of PA Troy Rivetti
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel M. Kovalik
112 Washington Place, #15K
Pittsburgh, PA 1519

(412) 335-6442

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

## Summons Attachment

Additional List of Plaintiffs:

Armador Pesquero, José Hernán Flores Vilez, Damián Alejandro Flores López, Alberto Geovanny Flores López, Jordy Alexander Flores Lucas, Guido Francisco Bravo Alcívar, Guiller Yimmy Toala García, Jesús David Castro Quiroz, Celso Nicanor Magallán Figueroa, Jonathan Junior Villacreses Holguín, Simón Narciso Villacreses Pincay, Alexander Alvia Villacreses, Mauricio Daniel Mero Anchundia, César Adrián Mero Parrales, Leonel Alberto Pilay Barahona, Raúl Esnáider Mena Franco, and Samuel David Cedeño Quiñonez

Attorney for All Plaintiffs:

Daniel M. Kovalik, PA #69065
112 Washington Place, #15K
Pittsburgh, PA 15219
(412) 335-6442